UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JERRY WAYNE DUNN,

        Defendant.

No. CR-94-027-FVS
No. CR-94-061-FVS

ORDER

**THE DEFENDANT'S** supervised release having been revoked on April 25, 2006; the defendant having moved for reconsideration on May 11, 2006; the Court having lost jurisdiction by that date; and the Court being confident it would not modify the disputed rulings even if jurisdiction existed and the defendant presented the evidence described in his moving papers; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion for reconsideration is denied. In CR-94-027-FVS, the motion is docket numbers 209 and 214. In CR-94-061-FVS, the motion is docket number 186.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___31st___ day of May, 2006.

                      s/ Fred Van Sickle
                      Fred Van Sickle
              United States District Judge

ORDER - 1