PROB 12B
(7/93)

Report Date: March 23, 2007

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jerry Wayne Dunn          Case Number: 2:94CR00061-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Court Judge

Date of Original Sentence: 4/19/1995        Type of Supervision: Supervised Release

Original Offense: 2:94:CR00027-001:         Date Supervision Commenced: 3/6/2007
Ct. 1: Possession of a Firearm with Obliterated Serial
Number, 18 U.S.C. § 922(g) (1)
Ct. 2: Possession of a Firearm with Obliterated Serial
Number, 18 U.S.C. § 922 (k)

2:94:CR00061-001:
Ct. 3: Possess with Intent to Distribute
Methamphetamine within 1,000 Feet of Public
School, 21 U.S.C. § 860(a)

Original Sentence: Prison - Ct. 1: 120 months, Ct. 2:    Date Supervision Expires: 3/5/2014
60 months, Ct. 3: 151 months, concurrent.
TSR - Ct. 1: 36 months, Cts. 2 & 3: 96 months

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 27 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall reside in a residential reentry center for a period of up to 120 days. This placement may include
     a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but
     not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements
     of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On March 6, 2007, Jerry Dunn was transferred to Washington state custody upon release from Bureau of
Prisons. On March 21, 2007, Mr. Dunn released from Geiger Correctional and has since been unable to
establish stable residence, to date. He is attempting to secure housing in the Spokane area. Mr. Dunn
requested placement in a residential reentry center in order to develop a suitable release plan.

Prob 12B
Re: **Dunn, Jerry Wayne**
**March 23, 2007**
**Page 2**

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted, which would enable Jerry Dunn to reside in a residential reentry center for up to 120 days. It is also recommended that Mr. Dunn be allowed to transition to his residence immediately, once secured.

Respectfully submitted,

by  *Tommy Rosser*

Tommy Rosser
U.S. Probation Officer
Date: March 23, 2007

## THE COURT ORDERS

JFVS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

March 26, 2007

Date